COMMONWEALTH of Pennsylvania,
Appellant,

v.

Jose A. Gambaro RESTITUYO.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1996.

Decided Feb. 13, 1996.

Mark C. Baldwin, Iva C. Dougherty, Reading, for Commonwealth.

W. Michael Trant, Reading, Jeanne Triuellini, Pine Forge, for Jose Restituyo.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent and would reach the merits of the appeal.